UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

SUCCESS SYSTEMS, INC., and
SMART C-STORES, LLC

        Plaintiffs,

vs.                                                                  **CASE NO. 3:21-CV-1391-AVC**

CRS, INC.; SALE POINT, INC., D/B/A
LONGINO DISTRIBUTING, INC.; AND
SHIN HEUNG PRECISION CO., LTD

        Defendants.

---

### DEFENDANT CRS, INC.'S MOTION TO COMPEL AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26 and 37 and Local Rule 37, and for the reasons set forth in the attached Memorandum of Law, Defendant CRS, Inc. ("CRS") respectfully requests that the Court issue an order compelling Plaintiffs Success Systems, Inc. and Smart C-Stores, LLC (collectively, "Success") to provide full interrogatory answers and document production, protecting CRS from producing confidential information and trade secrets, and awarding CRS's reasonable expenses in making this Motion. Specifically, CRS requests that the Court enter orders:

    1.    providing that CRS does not have to produce confidential information and trade secrets, including in response to Success's Requests for Production Nos. 9, 16, 19–21, 23, 24, and 28, unless Success first describes its confidential information and trade secrets alleged in its complaint with reasonable specificity by providing full answers to CRS's Interrogatory Nos. 9–11 and 17 as set forth in Paragraph 2;

ORAL ARGUMENT REQUESTED

      2.      compelling Success to provide full answers to CRS's Interrogatory Nos. 1, 8–11, 13–17, 19, and 20, including answers "separately and fully" within its written and signed "Answers and Objections" under Rule 33(b), in a reasonable and complete format usable as an exhibit in future proceedings, and without external references unless they comply with Rule 33(d);

      3.      compelling Success to produce all documents responsive to CRS's Requests for Production Nos. 33–36 and 45; and

      4.      awarding CRS's reasonable expenses including attorneys' fees incurred in making this Motion calculated using the normal hourly rate of its counsel, which amount CRS will submit to the Court by declaration.

The grounds for this Motion are more fully set forth in the accompanying memorandum, which grounds are incorporated herein by reference.

WHEREFORE, CRS requests that the Court grants this Motion and enter the requested discovery orders.

Dated: November 22, 2022

DEFENDANT CRS, INC.

By: */s/ John M. Doroghazi*
John M. Doroghazi (ct28033)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06510
Tel: 203-498-4400
jdoroghazi@wiggin.com

John A. Cotter (phv20332)
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437
Phone: (952) 896-3340
Fax: (952) 896-3333
jcotter@larkinhoffman.com