UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SUCCESS SYSTEMS, INC., and
SMART C-STORES, LLC

                Plaintiffs,

vs.                                                         CASE NO. 3:21-CV-1391-AVC

CRS, INC.; SALE POINT, INC., D/B/A
LONGINO DISTRIBUTING, INC.; AND
SHIN HEUNG PRECISION CO., LTD

                Defendants.

## DECLARATION OF HENRY PFUTZENREUTER

I, Henry Pfutzenreuter, under the penalty of perjury, declare as follows:

1.     I am an attorney with Larkin Hoffman Daly & Lindgren Ltd. I, along with counsel of record John Cotter, represent Defendant CRS, Inc. ("CRS") in the above-captioned matter. I am competent to testify to the matters stated herein, which are based upon my personal knowledge.

2.     I sent a letter to Nathan Zezula, counsel for Plaintiffs Success Systems, Inc. and Smart C-Stores, LLC (collectively, "Success"), dated May 31, 2022, which detailed issues with Success's responses to CRS's discovery requests. (CRS's Mot. Compel Discovery & Protective Order, Ex. 6.) Mr. Zezula responded by email to me on June 2, 2022, agreeing to supplement certain responses, and identifying other areas of disagreement. (*Id.*, Ex. 7.)

3.     I then conferred with Mr. Zezula via telephone call on June 7, 2022 and discussed in detail the remaining discovery issues in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution, without the Court's intervention. Success produced documents on June 3 and 13, 2022, followed by supplemental written responses

on June 28, 2022, which did not remedy the discovery issues. Mr. Zezula and I conferred again via telephone call on August 24, 2022 about outstanding discovery issues. (Ex. 8.)

    4.    Despite these efforts, the parties have been unable to reach an agreement about the outstanding discovery issues raised in CRS's Motion to Compel and for Protective Order.

I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct. Executed on November 22, 2022 in Hennepin County, Minnesota.

By:   */s/ Henry Pfutzenreuter*
       Henry Pfutzenreuter