# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUCCESS SYSTEMS, INC., and SMART C-STORES, LLC | Civil Action No. 3:21-CV-01391-AVC |
| Plaintiffs, | |
| vs. | MAY 1, 2022 |
| CRS, INC., SALE POINT, INC. D/B/A LONGINO DISTRIBUTIONG, INC., and SHIN HEUNG PRECISION CO., LTD | |
| Defendants. | |

### SUCCESS SYSTEMS, INC. AND SMART C-STORES, LLC'S  INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) Plaintiffs Success Systems, Inc., and Smart C-Stores, LLC (collectively "Success"), hereby submits its Initial Disclosures. Success submits these Initial Disclosures based upon information it has acquired to date, as it presently understands this information and the significance thereof, without yet having had the benefit of formal discovery, production of documents, or any other disclosures from Defendants.  Success reserves all rights, consistent with Fed. R. Civ. P. 26(e), to amend, retract, supplement, or otherwise modify the disclosures made herein as additional evidence and information become available.

### I.  Individuals Likely to Have Discoverable Information

Success provides the following list of individuals likely to have discoverable, general information concerning the facts and events as alleged in the complaint. As

discovery progresses and additional information becomes available, Success reserves the

right to supplement or amend this list.

a) Scott Tarlow (Success)
b) Francisco Robalino-Salazar (Success)
c) Drew Iorio (Success)
d) Greg Tejera (Success)
e) Dandy Dan (contact to be provided)
f) Smoke for Less (contact to be provided)
g) Discount Foods of Lenoir (contact to be provided)
h) Tonya Looney (Sale Point)
i) Reed Robertson (Sale Point)
j) John Soderquist (CRS)
k) Diane Voss  (CRS)
l) Troy Lachinski (CRS)
m) Bruce Mann (CRS)
n) Tom Bandy (Bandyworks) 803 Lakewood Dr., Colonial Heights, VA 23834
o) David Riley (NBS Systems) 24425 Pacific Hwy S., Kent, WA 98032
p) All CRS-USA dealers from 2019 to present (names and contact details to be provided)

## II. Description of Documents, Electronically Stored Information, and Tangible Things Which May Be Used to Support Claims or Defenses

Electronically stored information and tangible documents which will be used to

support Success's claims and defenses in this case include emails between the parties and

between the parties and third-parties, data exchanged between the parties, written

agreements, and correspondence between the parties and third parties.

## III. Computation of Damages

Success seeks direct and consequential damages from defendant Sale Point for

Breach of Contract and Tortious interference.  Computation of the above-listed damages

is based on the direct cost incurred by Success in refunds to clients, loss of business from

clients who cancelled service or who refused service, and damage to business reputation in an amount estimated at this time to be in excess of $150,000.

Success seeks damages for direct, compensatory, and punitive damages as a result of Defendants CRS and Shin Heung's breach of the NDA, Unjust Enrichment, and Misappropriation of Trade Secrets.  Computation of the amount of the direct and compensatory damages will include some or all of 1) the value of the trade secrets and intellectual property misappropriated by Defendants as calculated by a valuation expert, 2) the value of the benefit derived by Defendants from its misappropriation of the trade secrets as calculated by a damages expert, and 3) the loss of business suffered by Success as a result of Defendants' misappropriation. At this time, before said expert valuation and damages calculations, Success estimates the value of the misappropriated trade secrets and/or the value of the benefit to Defendants and/or the loss of business to Success to be in excess of $3,000,000 not including punitive damages.

In addition to the above, Success also seeks punitive damages and attorneys' fees from all Defendants under Connecticut's Unjust Trade Practices Act ("CUTPA").

Documents supporting these claims are accounting and business documents and communications held in Success' office in Norwalk, Connecticut.

**IV. Insurance Agreements**

Success is unaware of any applicable insurance agreements.

Respectfully submitted,

*/s/ Nathan Zezula*
NATHAN C. ZEZULA
nzezula@lmzlegal.com
MOTT ZEZULA LLC
750 East Main Street
6th Floor
Stamford, CT 06902
(203) 408-6500 (tel.)
(203) 724-4179 (fax)