# EXHIBIT 7

## Pfutzenreuter, R. Henry

| | |
|---|---|
| **From:** | Nathan Zezula <nzezula@lmzlegal.com> |
| **Sent:** | Thursday, June 2, 2022 11:30 AM |
| **To:** | Hartman, Christina M. |
| **Cc:** | Pfutzenreuter, R. Henry |
| **Subject:** | Re: Success Systems, Inc. v. CRS, Inc. – Discovery Deficiencies |

**This Message Is External to Larkin Hoffman.**

Henry,

I hope all is well.  I am in receipt of your letter dated May 31.  Below are some high-level responses to your letter by paragraph.  As you can see, we are willing in most cases to provide additional information and/or cite to specific documents once those documents are produced.  We still plan on making a production tomorrow and then a second production mid next week.  I understand page count will be high 5 figures or low 6 figures.

Always happy to discuss the case.  I have time to speak tomorrow between 12 and 2 and have more availability Monday and Tuesday of next week.

Best
Nate


*1.    Success will not "withdraw or limit" the enumerated requests for production, but will not seek compliance with these requests until after it has produced the summary as referenced in its response to CRS interrogatory No. 9 and others and then only after a "meet and confer" call or discussion.*


*2.    Success will specifically reference documents by Bates number (once said documents are produced) and/or supplement its responses with more information.*


*3.    Success with specifically reference documents by Bates number (once said documents are produced) and/or supplement its responses with more information. With respect to request for production No. 15, Success will produce the agreements specifically referenced in the operative complaint.*


*4.    Success will provide more information in its damages analysis and in its expert report.  To the extent that Success produces responsive documents, it will reference said documents by Bates number.  To the extent that it has non-privileged documents in its possession, Success will produce documents responsive to document requests 41 and 42.*

5.   *For discussion*

6.   *Success will provide the contact persons for Dandy Dan, Smoke for Less, and Discount foods of Lenoir.  Success will provide the names and contact details of the CRS-USA dealers to the extent that it has this information.*

7.   *Success will specifically reference documents by Bates number (once said documents are produced) and/or supplement its responses with more information.*

8.   *Success will provide additional information*

9.   *Success will provide additional information*

10. *Success will review its responses to the requests for admission and will provide additional information if such additional information is required by FRCP 37.*

11. *Success will provide a signature page.*

Nathan C. Zezula
MOTT ZEZULA LLC
750 East Main Street
Suite 620
Stamford, CT 06902
P: (203) 408-6500
F: (203) 724-4179

***************************
11 Broadway, Suite 615
New York, NY  10004

www.lmzlegal.com

On Tue, May 31, 2022 at 2:47 PM Hartman, Christina M. <chartman@larkinhoffman.com> wrote:

Dear Mr. Zezula:

Attached please find a letter addressed to you on behalf of attorney Henry Pfutzenreuter regarding the above-referenced matter.

Sincerely,

**Christina M. Hartman**
**Legal Administrative Assistant**
direct | 952-896-3368
fax   | 952-896-3333

8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1060

**www.larkinhoffman.com**



**CONFIDENTIALITY NOTICE:**

INFORMATION IN THIS MESSAGE, INCLUDING ANY ATTACHMENTS, IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.  This message may be an Attorney-Client communication from the law firm of Larkin Hoffman Daly & Lindgren Ltd., and as such is privileged and confidential.  If you are not an intended recipient of this message, or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you received this message in error, please notify the sender immediately, delete the message, and return any hard copy print-outs.  No legal advice is being provided or implied via this communication unless you are (1) a client of Larkin Hoffman Daly & Lindgren Ltd., and (2) an intended recipient of this message.

This message may have been sent to you using encrypted delivery. If you reply to an encrypted email, your email provider may deliver the response with encryption. [Forwarding this message may not provide the same encryption safeguards, depending on the email services being used. By doing so, you may unknowingly expose the sensitive content to others via the Internet.]