# EXHIBIT 8

# Pfutzenreuter, R. Henry

| | |
|---|---|
| **From:** | Pfutzenreuter, R. Henry |
| **Sent:** | Monday, August 22, 2022 2:45 PM |
| **To:** | Nathan Zezula |
| **Cc:** | Hartman, Christina M. |
| **Subject:** | RE: Success v. CRS - Success's Request for Extension |

Yes, that works. I assume you mean 2:00 pm eastern. You can give me a call at my direct line below.

**R. Henry Pfutzenreuter**
**Shareholder**

direct | 952-896-3325
fax     | 952-842-1745

8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1060

www.larkinhoffman.com



**From:** Nathan Zezula <nzezula@lmzlegal.com>
**Sent:** Monday, August 22, 2022 11:24 AM
**To:** Pfutzenreuter, R. Henry <hpfutzenreuter@larkinhoffman.com>
**Subject:** Re: Success v. CRS - Success's Request for Extension

**This Message Is External to Larkin Hoffman.**

Henry,

Jammed up tomorrow, but wide open Wednesday afternoon.  How about 2:00?

Nathan C. Zezula
MOTT ZEZULA LLC
750 East Main Street
Suite 620
Stamford, CT 06902
P: (203) 408-6500
F: (203) 724-4179

*************************
11 Broadway, Suite 615
New York, NY  10004

www.lmzlegal.com

1

On Mon, Aug 22, 2022 at 10:52 AM Pfutzenreuter, R. Henry <hpfutzenreuter@larkinhoffman.com> wrote:

Hello Nate,

Does tomorrow or Wednesday afternoon work for a call?

**R. Henry Pfutzenreuter**
**Shareholder**

direct | 952-896-3325
fax     | 952-842-1745

8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1060

**www.larkinhoffman.com**

---

**From:** Nathan Zezula <nzezula@lmzlegal.com>
**Sent:** Thursday, August 18, 2022 3:30 PM
**To:** Pfutzenreuter, R. Henry <hpfutzenreuter@larkinhoffman.com>
**Subject:** Re: Success v. CRS - Success's Request for Extension

**This Message Is External to Larkin Hoffman.**

---

Henry,

I hope all is well with you.  I just finished speaking with our potential experts, and I am going to have to push for production from CRS before they can perform their analysis.  In the background I know we are still dealing with the Shin Heung motion to dismiss and CRS's motion to transfer.

Given this motion practice, and looking at the calendar, I think we are going to have to adjust the court ordered discovery deadline (currently Dec 1 I believe) as well as some of the interim dates--most notably the expert disclosure dates.  I would like to reach some sort of understanding rather than just kicking the interim dates down the road.  I would also like to move discovery forward where possible.

Maybe best to do a call.  I am around this evening and all day tomorrow.

Best

Nate


Nathan C. Zezula

MOTT ZEZULA LLC

750 East Main Street

Suite 620

Stamford, CT 06902

P: (203) 408-6500

F: (203) 724-4179


*************************

11 Broadway, Suite 615

New York, NY  10004


www.lmzlegal.com

On Wed, Jul 20, 2022 at 5:31 PM Nathan Zezula <nzezula@lmzlegal.com> wrote:

> Henry,
>
> Agree with all--the dates as described as well as the fact that we don't need to go to the Court on these deadlines.
>
> Thanks
>
> Nate
>
>
> Nathan C. Zezula
>
> MOTT ZEZULA LLC
>
> 750 East Main Street
>
> Suite 620
>
> Stamford, CT 06902
>
> P: (203) 408-6500
>
> F: (203) 724-4179
>
>
> *************************
>
> 11 Broadway, Suite 615
>
> New York, NY  10004
>
>
> www.lmzlegal.com

On Wed, Jul 20, 2022 at 3:42 PM Pfutzenreuter, R. Henry <hpfutzenreuter@larkinhoffman.com> wrote:

Nate,

CRS will agree to a 30-day extension for the parties' deadlines to exchange damages analyses and disclose experts provided the extension applies to rebuttal experts as well. Since these are just deadlines in our discovery plan (ECF No. 42), and not ones in the scheduling order (ECF No. 43), I do not think we need the court's approval. Let me know your thoughts on that.

**R. Henry Pfutzenreuter**
**Shareholder**

direct | 952-896-3325
fax    | 952-842-1745



8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437-1060

**www.larkinhoffman.com**

**CONFIDENTIALITY NOTICE:**

INFORMATION IN THIS MESSAGE, INCLUDING ANY ATTACHMENTS, IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.  This message may be an Attorney-Client communication from the law firm of Larkin Hoffman Daly & Lindgren Ltd., and as such is privileged and confidential.  If you are not an intended recipient of this message, or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you received this message in error, please notify the sender immediately, delete the message, and return any hard copy print-outs.  No legal advice is being provided or implied via this communication unless you are (1) a client of Larkin Hoffman Daly & Lindgren Ltd., and (2) an intended recipient of this message.

This message may have been sent to you using encrypted delivery. If you reply to an encrypted email, your email provider may deliver the response with encryption. [Forwarding this message may not provide the same encryption safeguards, depending on the email services being used. By doing so, you may unknowingly expose the sensitive content to others via the Internet.]